JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCTON BONNELL,<br><br>      Plaintiff,<br><br>    v.<br><br>G. RIOS,<br><br>      Defendant. | Case No. 2:19-cv-06839-VBF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 27, 2020

*Valerie Baker Fairbank*
_____
 HON. VALERIE BAKER FAIRBANK
 Senior United States District Judge